AARON D. FORD
　Attorney General
JANET L. MERRILL (Bar No. 10736)
　Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES UNDERWOOD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVE SISOLAK, *et al.*,<br><br>　　　　　Defendants | Case No. 2:23-cv-01129-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE** |

　　　The Parties, Plaintiff, JAMES UNDERWOOD, and Defendants CHARLES DANIELS, CALVIN JOHNSON, DAVID RIVAS, GEORGE-PELE TAINO, JAYMIE CABRERA, BRIAN WILLIAMS, MICHAEL MINEV and STEVE SISOLAK, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill,

///

///

///

///

///

///

///

///

///

Deputy Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 3rd of May, 2024.　　　　DATED this ___3rd___ of ___June___ 2024.

By: _/s/_____
JAMES UNDERWOOD
Plaintiff #1189821

AARON D. FORD
Attorney General

By: /s/ _Janet L. Merrill_____
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
_Attorneys for Defendants_

**IT IS SO ORDERED.**

DATED this 18th day of June, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 17, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

James Underwood #1189821
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

/s/ Kimalee Goldstein
An employee of the
Office of the Attorney General